```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jing Wang, *et al.*,

                Plaintiffs,

      –v–

Tesla, Inc.,

                Defendant.

20-cv-4218 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 24, 2020, Plaintiffs Jing Wang and Wai-Leung Chan moved the Court to transfer this case to the Eastern District of New York. Dkt. No. 7. They represent that EDNY "is an appropriate venue because substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in" that district. *Id.* Defendant Tesla, Inc. does not oppose the motion. *Id.*

    28 U.S.C. § 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Here, the parties "have consented" to transfer this case to EDNY, *id.*, and the Court thus concludes that transfer is appropriate. *See, e.g.*, *Pager v. Metro. Edison*, No. 16-cv-161 (KAM), 2017 WL 11195551, at *1 (E.D.N.Y. May 19, 2017).

    The Clerk of Court is therefore respectfully ordered to transfer this case to the Eastern District of New York.

    SO ORDERED.

Dated: June 29, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge